IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:02cr93-T |
| | ) | WO |
| ROBERT H. RUSH, JR. | ) | |

**O R D E R**

On August 3, 2004, defendant Robert H. Rush, Jr., filed a pleading styled as a "*Motion for Reconsideration*" (Doc. 163) wherein he challenges the sentence imposed upon him by this court in 2003 for a controlled substance offense. A review of the claims presented by Rush in his motion indicates that he seeks relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255. Accordingly, the Clerk of this court is hereby **DIRECTED** to:

1. Open a civil action under 28 U.S.C. § 2255.

2. Docket the following documents, currently docketed in Case No. 3:02cr93, in the newly opened civil action:

    (a) Rush's "*Motion for Reconsideration*" **(Doc. 163 in 3:02cr93)**;

    (b) This court's order entered on August 18, 2004, cautioning Rush of the court's intention to re-characterize his "*Motion for Reconsideration*" as a motion for relief under 28 U.S.C. § 2255 and directing Rush, in accordance with *Castro v. United States*, 540 U.S. 375, 124 S.Ct. 786 (2003), to advise the court whether he seeks to (1) proceed on the claims in that motion, (2) amend his motion, or (3) dismiss the motion **(Doc. 165 in 3:02cr93)**;

    (c) Rush's "*Motion to Confer Jurisdiction*" filed on August 30,

2004 **(Doc. 169 in 3:02cr93)**; and

(d)  This court's order entered on October 12, 2004, regarding Rush's "*Motion for Reconsideration*" and redirecting Rush, in accordance with *Castro v. United States*, *supra*, to advise the court whether he seeks to (1) proceed on the claims in that motion, (2) amend his motion, or (3) dismiss the motion **(Doc. 170 in 3:02cr93)**.[1]

3.  Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

4.  Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 3rd day of August, 2005.


/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The court's order of October 12, 2004, directed Rush to advise the court by October 29, 2004, how he seeks to proceed and specifically cautioned Rush that if he failed to file a response in compliance with the order, the cause would proceed as an action under 28 U.S.C. § 2255 and that the court would consider only those claims presented in the motion filed by Rush on August 3, 2004. Rush has failed to file a response in compliance with this court's order.